UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD DOUGLAS RIDDLE, ) | |
| Petitioner, ) | |
| ) | No. 1:15-cv-623 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| THOMAS MACKIE, ) | |
| Respondent. ) | |
| ) | |

# JUDGMENT

Riddle's § 2254 petition for habeas relief has been denied as untimely. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 14, 2015              /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge